JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **ERIC LAVELLE WILLIAMS,** | ) |
| Petitioner, | ) Case No. CV 15-2144-JFW(AJW) |
| v. | ) |
| **WARDEN,** | ) JUDGMENT |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: April 14, 2015

_____
John F. Walter
United States District Judge